NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOSEPH WILLIAMS, | : |
| Plaintiff, | : Civil Action No.: 08-2389 (ES) |
| | : **AMENDED ORDER** |
| JERRAMIAH T. HEALY, et al., | : |
| Defendants. | : |

**SALAS, DISTRICT JUDGE**

For the reasons set forth in the Opinion filed herewith,

IT IS on this 5th day of July 2012,

ORDERED that the motion for summary judgment filed by Defendants Sergeant Heriberto Carratini, Sergeant Miguel Reyes, Police Officer William Figeroa, Police Officer James Crecco, Police Officer Erik Infantes, and the City of Jersey City ("Defendants"), (D.E. 115), is hereby GRANTED in part and DENIED in part; and it is further

ORDERED that the following charts reflect the disposition of *pro se* Plaintiff's thirty one claims; and it is further

ORDERED that for any claim with a disposition of "Dismissed Without Prejudice," the Court grants leave to Plaintiff to amend to cure the deficiencies set forth in the Court's Opinion within fifteen (15) days of the date of this Order; and it is further

ORDERED that for any claim with a disposition of "Summary Judgment Granted; Claim Dismissed," Plaintiff is not granted leave to amend; and it is further

ORDERED that for any claim with a disposition of "Judgment Reserved," Defendants are permitted to file a supplemental brief to the Court addressing those claims; and it is further

- 2 -

ORDERED that Defendants' supplemental brief should be no longer than fifteen (15) pages in length; and it is further

ORDERED that Defendants' supplemental brief should attach any and all documents on which Defendants rely factually in support of their arguments; and it is further

ORDERED that Defendants' supplemental brief should be filed with the Court, including two tabbed courtesy copies by July 13, 2012; and it is further

ORDERED that Defendants properly serve their supplemental brief on Plaintiff; and it is further

ORDERED that Plaintiff will be permitted to submit a responsive brief to Defendants' supplemental brief; and it is further

ORDERED that Plaintiff's supplemental brief should be no longer than fifteen (15) pages in length; and it is further

ORDERED that Plaintiff's supplemental brief should attach any and all documents on which Plaintiff relies factually in support of his arguments; and it is further

ORDERED that Plaintiff's supplemental brief should be filed with the Court by July 23, 2012; and it is further

ORDERED that, should the Court notify the parties in a separate Order that oral argument will be held, that oral argument will be held at 11:00AM on August 2, 2012;

| **Federal Count** | **Disposition** |
|---|---|
| **Count I:** 42 U.S.C. § 1983 excessive use of force against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Judgment Reserved |
| **Count II:** 42 U.S.C. § 1983 unlawful arrest against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Summary Judgment Granted; Claim Dismissed |
| **Count III:** 42 U.S.C. § 1983 unreasonable search and seizure against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Judgment Reserved |
| **Count IV:** 42 U.S.C. § 1983 "under color of state law" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Dismissed Without Prejudice |
| **Count V:** 42 U.S.C. §§ 1983, 1985(1), (2), (3) conspiracy against Carratini, Reyes, Figeroa, Crecco, Infantes | Section 1983: Judgment Reserved<br><br>Section 1985: Dismissed Without Prejudice |
| **Count VI:** 42 U.S.C. § 1986 "failure to prevent conspiracy" Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |
| **Count VII:** 42 U.S.C. § 1983 "failure to intercede in wrongs" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Dismissed Without Prejudice |
| **Count VIII:** 42 U.S.C. § 1983 "failure to train and adequately supervise" against Carratini (official and individual capacity), Reyes, Figeroa, Crecco, Infantes | Summary Judgment Granted; Claim Dismissed |
| **Count IX:** 42 U.S.C. § 1983 "falsification of official reports" against Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |
| **Count X:** 42 U.S.C. § 1983 "official misconduct" against Carratini, Reyes, Figeroa, Crecco, Infantes | Dismissed Without Prejudice |
| **Count XI:** 42 U.S.C. § 1983 "fraudulent fabrication of evidence" against Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |

| | |
|---|---|
| **Count XII:** 42 U.S.C. § 1983 "perjury" against Reyes | Summary Judgment Granted; Claim Dismissed |
| **Count XIII:** 42 U.S.C. § 1983 "abuse of process" against Carratini, Reyes, Figeroa, Crecco, Infantes | Summary Judgment Granted; Claim Dismissed |
| **Count XIV:** 42 U.S.C. § 1983 "denial of due process and equal protection" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Judgment Reserved |
| **Count XV:** 42 U.S.C. § 1983 "intentional infliction of emotional distress" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Summary Judgment Granted; Claim Dismissed |
| **Count XVI:** 42 U.S.C. § 1983 "fraudulent concealment of evidence" against Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |
| **Count XVII:** 42 U.S.C. § 1983 "obstruction of justice" against Carratini, Reyes, Figeroa, Crecco, Infantes | Summary Judgment Granted; Claim Dismissed |
| **Count XVIII:** 42 U.S.C. § 1983 "judicial deception" against Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |
| **Count XIX:** 42 U.S.C. §§ 1983, 1985(1), (2), (3) "conspiracy" against Assistant Public Defender Peterson | Section 1983: Judgment Reserved<br><br>Section 1985: Dismissed Without Prejudice |

| State Count | Disposition |
|---|---|
| **Count I:** "excessive use of force" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Judgment Reserved |
| **Count II:** "unlawful arrest" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Summary Judgment Granted; Claim Dismissed |
| **Count III:** "unreasonable search and seizure" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Judgment Reserved |
| **Count IV:** "conspiracy" against Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |
| **Count V:** "falsification of official reports" against Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |
| **Count VI:** "official misconduct" against Carratini, Reyes, Figeroa, Crecco, Infantes | Dismissed Without Prejudice |
| **Count VII:** "perjury" against Sgt. Reyes | Summary Judgment Granted; Claim Dismissed |
| **Count VIII:** "fraudulent fabrication of evidence" against Carratini, Reyes, Figeroa, Crecco, Infantes | Judgment Reserved |
| **Count IX:** "abuse of process" against Carratini, Reyes, Figeroa, Crecco, Infantes | Summary Judgment Granted; Claim Dismissed |
| **Count X:** "denial of due process and equal protection under the law" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Judgment Reserved |
| **Count XI:** "intentional infliction of emotion distress" against Carratini, Reyes, Figeroa, Crecco, Infantes, Jane Doe | Summary Judgment Granted; Claim Dismissed |
| **Count XII:** "negligent hiring, training, supervision, and retention" against Carratini (official and individual capacity) | Summary Judgment Granted; Claim Dismissed |

And it is finally ORDERED that the Clerk of Court shall terminate the motion at (D.E. 115) referenced above in accordance with this Order.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**
